■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES ROBINSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. — Permission to prosecute appeal as a poor person granted. Appeal may be

perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.